## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Synchronoss Technologies, Inc.<br><br>Plaintiff<br><br>v.<br><br>Dropbox, Inc.<br><br>Defendant | )<br>)<br>)<br>)<br>) **Case No.: 3:15-CV-02192-MLC-LHG**<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Civil Cover Sheet; Complaint for Patent Infringement and Demand for Jury Trial with Exhibits; Certification Pursuant to Local Rule 11.2; and Form AO 120: Report on the Filing or Determination of an Action Regarding a Patent or Trademark in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on April 08, 2015 at 3:09 PM, I served Dropbox, Inc. c/o Corporation Service Company, Registered Agent with the Summons; Civil Cover Sheet; Complaint for Patent Infringement and Demand for Jury Trial with Exhibits; Certification Pursuant to Local Rule 11.2; and Form AO 120: Report on the Filing or Determination of an Action Regarding a Patent or Trademark at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 by serving Jason Nally, Designated Agent, authorized to accept.

Jason Nally is described herein:
Gender: Male    Race/Skin: White    Hair: Blonde    Age: 25    Height: 5'8"    Weight: 165

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

4-15-15
Executed on:

_____
Adam Golden
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-121429

Client Reference: 80000596-0022