# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600    FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROBERT M. GOODMAN
(973) 577-1770- DIRECT DIAL
(973) 577-1771 - DIRECT FAX
RGOODMAN@GREENBAUMLAW.COM

WOODBRIDGE OFFICE:
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

April 24, 2015

*Via Electronic Filing & First Class Mail*

Hon. Mary Little Cooper, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 5000
Trenton, New Jersey 08608

      Re:    **Synchronoss Technologies, Inc. v. Dropbox, Inc.**
               **Civil Action No. 3:15-cv-02192 (MLC) (LHG)**

Dear Judge Cooper:

      This firm represents defendant Dropbox, Inc. ("Dropbox") in connection with the above referenced matter. We respectfully request that this Court enter the enclosed Consent Order extending the time for Dropbox to answer, move or otherwise reply to plaintiff's Complaint until May 29, 2015. Counsel for plaintiff has consented to the entry of the enclosed Consent Order and has given us permission to include his electronic signature on it.

      Should Your Honor have any questions or need any additional information, please contact us. Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  GREENBAUM, ROWE, SMITH & DAVIS LLP

                                  */s/ Robert M. Goodman*

                                  ROBERT M. GOODMAN

TKM
Enclosure
cc:     All counsel of record (w/ encl. - via electronic filing)