Robert M. Goodman, Esq.
C. Brian Kornbrek, Esq.
Thomas K. Murphy III, Esq.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701
Phone: 973/535-1600
Fax: 973/535-1698
Attorneys for Defendant
Dropbox, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>DROPBOX, INC.<br><br>Defendant. | Civil Action No: 3:15-cv-2192 (MLC) (LHG)<br><br>**CIVIL ACTION**<br><br>**CONSENT ORDER<br>EXTENDING TIME TO ANSWER,<br>MOVE OR OTHERWISE REPLY** |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for Defendant, Dropbox, Inc., by and with the consent of Dentons US LLP, attorneys for Plaintiff, Synchronoss Technologies, Inc., for an order extending the time within which Defendants may answer, move or otherwise reply to Plaintiff's Complaint, and good cause having been shown;

**IT IS** on this _____ day of _____, 2015,

**ORDERED**:

1. That the time within which Defendant, Dropbox, Inc., may answer, move or otherwise reply to Plaintiff's Complaint be and hereby shall be extended through and including May 29, 2015; and

3555297.1

2.      That a true copy of this Order be served upon all counsel of record within ___ days of the date hereof.

_____
**HONORABLE MARY L. COOPER, U.S.D.J.**

I hereby consent to the form and entry of this Order.

| | |
|---|---|
| DENTONS US LLP<br>Attorneys for Plaintiff,<br>Synchronoss Technologies, Inc. | GREENBAUM, ROWE, SMITH & DAVIS LLP<br>Attorneys for Defendant,<br>Dropbox, Inc. |
| By: /s/ Shailendra K. Maheshwari<br>    SHAILENDRA K. MAHESHWARI | By: /s/ Robert M. Goodman<br>    ROBERT M. GOODMAN |

3555297.1