# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600    FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

THOMAS K. MURPHY III
(973) 577-1812 - DIRECT DIAL
(973) 577-1813 - DIRECT FAX
TMURPHY@GREENBAUMLAW.COM

WOODBRIDGE OFFICE:
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

May 6, 2015

**Via ECF & First Class Mail**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street, Room 6052
Trenton, New Jersey 08608

    Re: **Synchronoss Technologies, Inc. v. Dropbox, Inc.**
       **Civil Action No. 3:15-cv-02192 (MLC) (TJB)**

Dear Judge Bongiovanni:

  This firm, together with the law firm of Williams & Connolly LLP, represents defendant, Dropbox, Inc., in connection with the above referenced matter.

  We respectfully request that Your Honor enter an Order permitting Thomas H.L. Selby, David M. Krinsky, Adam D. Harber, Christopher J. Mandernach, and Ava V. Baker of the law firm of Williams & Connolly LLP to practice *pro hac vice* in this matter.

  In support of this application, we have enclosed Certifications of Mr. Selby, Mr. Krinsky, Mr. Harber, Mr. Mandernach and Ms. Baker as to their qualifications and good standing, a Certification of Local Counsel, and a proposed Consent Order. Counsel for plaintiff has consented to these *pro hac vice* admissions and has given us permission to include his electronic signature on the proposed Consent Order. As such, we respectfully request that Your Honor enter the proposed Consent Order.

3571353.1

Greenbaum Rowe
  Smith & Davis LLP

Hon. Tonianne J. Bongiovanni, U.S.M.J.
May 6, 2015
Page 2

      Should Your Honor have any questions or need any additional information, please contact me.

                Respectfully submitted,

                GREENBAUM, ROWE, SMITH & DAVIS LLP

                THOMAS K. MURPHY III

TKM
Enclosures
cc:    All counsel of record (via ECF; w/enclosures)

3571353.1