NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., | : | CIVIL ACTION NO. 15-2192 (MLC) |
| Plaintiff, | : | **O R D E R** |
| v. | : | |
| DROPBOX, INC., | : | |
| Defendant. | : | |

**THE DEFENDANT** has filed: (1) a motion to transfer the venue of the action to the United States District Court for the Northern District of California ("Motion to Transfer") (see dkt. 24); and (2) a separate motion to dismiss the complaint ("Motion to Dismiss"). (See dkt. 25.)

**THE COURT** has the inherent power to control the docket, and intends to resolve the Motion to Transfer before addressing the Motion to Dismiss in order to achieve the goals of judicial economy and conservation of litigation resources. See Landis v. N. Am. Co., 299 U.S. 248, 254 (1936); Rolo v. Gen. Dev. Corp., 949 F.2d 695, 702 (3d Cir. 1991).

    **FOR GOOD CAUSE APPEARING:**

**IT IS THEREFORE** on this     1st     day of June, 2015, **ORDERED** that the separate motion by the defendant to dismiss the complaint **(dkt. 25)** is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the defendant is **GRANTED LEAVE** to move again to dismiss the complaint — upon a new notice of motion and new supporting papers, and in accordance with the Federal Rules of Civil Procedure and Local Civil Rules — after the Court resolves the pending motion to transfer the venue of the action to the United States District Court for the Northern District of California; and it is further

**NOTED** that the pending motion to transfer the venue of the action to the United States District Court for the Northern District of California will be resolved in accordance with Local Civil Rules 7.1 and 78.1; and it is further

**ORDERED** that the Clerk of the Court will **CORRECT THE DOCKET** by removing the name of David M. Krinsky from the list of the parties, because he is: (1) incorrectly listed as a defendant; and (2) an attorney representing the defendant. (See dkt. 14.)

                                                                      s/ Mary L. Cooper  
                                                                     **MARY L. COOPER**  
                                                                     United States District Judge